# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMONE YOUNG

NO. 2025 KW 0474

**JULY 28, 2025**

---

In Re:    Damone Young, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 825371.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

　　　**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the Petition for Revocation, the probation revocation hearing transcript, the ruling on the "Motion for Probation Reinstatement," the bill of information, the State's response, if any, the pertinent district court minutes, or any other documentation from the record that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before October 27, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

> **MRT**
> **WIL**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　　FOR THE COURT